LAW OFFICE OF HOWARD A. GUTMAN
230 Route 206, Suite 307
Flanders, New Jersey 07836
(973) 598-1980
Attorney for Defendant

_____

| Ansell Healthcare Products, LLC | United States District Court for the District of New Jersey |
|---|---|
| Plaintiff, | Civil Case No. 2:16-cv-09254-SDW-LDW |
| vs | **Notice of Appearance** |
| Glycobiosciences, Inc. | |
| Defendant, | |

_____

To:  The Clerk, United States District Court of New Jersey, and all parties of record

I am admitted to practice in this Court, and enter my appearance as counsel for defendant.

Dated: April 5, 2017                                       *Howard Gutman*
                                                                    _____
                                                                    Howard A. Gutman