UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC,<br><br>Plaintiff,<br><br>v.<br><br>GLYCOBIOSCIENCES INC.,<br><br>Defendant. | Civil Action No.<br><br>16-9254 (SDW) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of defense counsel's April 26, 2017 letter (ECF No. 9) and a telephone conference held before the undersigned on May 8, 2017, and for good cause shown;

**IT IS,** on this day, May 9, 2017:

**ORDERED** that I hereby recuse myself from all further proceedings in this matter; all pretrial proceedings will be handled by James B. Clark, U.S.M.J.

*/s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge