# MOSER TABOADA
## ATTORNEYS AT LAW

CHARLES P. GUARINO
CGUARINO@MTIPLAW.COM
DIRECT DIAL: 732.945.9488

May 23, 2017

**VIA ECF**

Hon. Susan D. Wigenton, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

      Re.:    **Ansell Healthcare Products LLC v. Glycobiosciences Inc.,
Case No. 16-cv-09254-SDW-JBC**

Dear Judge Wigenton,

    We represent Plaintiff Ansell Healthcare Products LLC in the above-referenced proceeding.

    We are in receipt of Defendant's purported reply brief in support of its Motion to Dismiss in the above-referenced matter (Doc. No. 12), which was filed with the Court on May 19, 2017.

    Defendant's Motion to Dismiss (Doc No. 7) was filed on April 21, 2017, in accord with the May 15, 2017 motion day. Plaintiff's opposition brief was timely filed on May 1, 2017. The deadline for Defendant's reply brief was May 8, 2017. Defendant's May 19, 2017 filing, made after the motion day and <u>nearly two weeks after its due date</u>, should be deemed untimely and given no effect.

    Thank you for your continued assistance in this matter.

                              Respectfully submitted,

                              /s/Charles P. Guarino
                              Charles P. Guarino

cc.    Howard A. Gutman (via ECF and Email)