NOT FOR PUBLICATION

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| ANSELL HEALTHCARE PRODUCTS LLC, | Civil Action No. 16-9254 (SDW) (JBC) |
| Plaintiff, | |
| v. | **ORDER** |
| GLYCOBIOSCIENCES INC., | |
| Defendant. | September 14, 2017 |

**WIGENTON**, District Judge.

Before this Court is the Report and Recommendation ("R&R") issued on August 30, 2017 by Magistrate Judge James B. Clark, III ("Judge Clark"), recommending that Defendant Gylcobiosciences Inc.'s motion to dismiss Plaintiff's complaint for lack of subject matter jurisdiction, or in the alternative, to dismiss for insufficient service, be denied.  No objections to the R&R were filed.

This Court has reviewed the reasons set forth by Judge Clark in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Clark (Dkt. No. 16) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                    s/ Susan D. Wigenton, U.S.D.J.

Orig:   Clerk
cc:     Parties
        Magistrate Judge Clark