**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

Martin P. Skolnick, Esq. (Attorney Id No. 003791999)
Skolnick Legal Group, P.C.
103 Eisenhower Parkway, Suite 305
Roseland, New Jersey 07068
(973) 403-0100
Attorneys for Defendant,
Glycobiosciences, Inc.

|  |  |
|---|---|
| **ANSELL HEALTHCARE PRODUCTS LLC,**<br><br>**Plaintiff**,<br><br>  v.<br><br>**GLYCOBIOSCIENCES, INC.,**<br><br>**Defendant,** | Civil Action No.  16-9254(SDW)<br><br>**NOTICE OF MOTION TO WITHDRAW AS COUNSEL** |

**PLEASE TAKE NOTICE** that on Monday, April 2, 2018 at 9:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, the undersigned, counsel for Defendants, Glycobiosciences, Inc., shall move before the United States District Court for the district of New Jersey, located at Martin Luther King Building, U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101for entry of an Order as follows:

1.      Granting Skolnick Legal Group, P.C. permission to withdraw as counsel of record for Defendant Glycobiosciences, Inc.

2.      Ordering such other relief which the Court deems fair and equitable.

1

2

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, counsel

will rely upon the annexed Brief and Certification of Martin P. Skolnick.  A proposed

form of Order is submitted herewith.

<div style="margin-left:50%">

/s/ Martin P. Skolnick
SKOLNICK LEGAL GROUP, P.C.
103 Eisenhower Parkway, Suite 305
Roseland, NJ 07068
Tel.  973-403-0100
Fax:  973-488-7140
martin@skolnicklegalgroup.com
*Attorneys for Defendant*
*GlycoBioSciences Inc.*

</div>

Dated: March 9, 2018