## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF NEW JERSEY

Martin P. Skolnick, Esq. (Attorney Id No. 003791999)
Skolnick Legal Group, P.C.
103 Eisenhower Parkway, Suite 305
Roseland, New Jersey 07068
(973) 403-0100
Attorneys for Defendants,
Glycobiosciences, Inc.

| | |
|---|---|
| **ANSELL HEALTHCARE PRODUCTS LLC,**<br><br>                    **Plaintiff**,<br>     v.<br><br>**GLYCOBIOSCIENCES, INC.,**<br><br>                    **Defendant,** | Civil Action No.  16-9254(SDW)<br><br>**ORDER GRANTING SKOLNICK LEGAL GROUP, P.C.'S APPLICATION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT GLYCOBIOSCIENCES, INC.** |

**THIS MATTER**, having been opened to the Court upon the application of Skolnick Legal Group, P.C., to withdraw as counsel of record for Defendant, Glycobiosciences, Inc., upon notice to Glycobiosciences, Inc., and all counsel of record; and the Court having reviewed the moving papers submitted in support of Skolnick Legal Group, P.C.'s application and any opposition thereto; and the Court having considered the arguments of counsel and good and sufficient cause appearing for the entry of this Order;

**IT IS** on this _____ day of _____, 2018;

**ORDERED** that:

1

1. Skolnick Legal Group, P.C. is withdrawn as counsel of record for Defendants Glycobiosciences, Inc.

2. Defendant, Glycobiosciences, Inc., is to obtain new counsel within 14 days from the date of this Order.

_____
**JAMES B. CLARK, III**
**United States Magistrate Judge**