**UNITED STATES DISTRICT COURT FOR**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **ANSELL HEALTHCARE PRODUCTS LLC,**<br><br>                    **Plaintiff**,<br>    **v.**<br><br>**GLYCOBIOSCIENCES, INC.,**<br><br>                    **Defendant,** | **Civil Action No.  16-9254(SDW)** |

**CERTIFICATE OF SERVICE**

   I certify that on March 9, 2018 I served, via the Court's ECF system, Skolnick Legal Group, P.C.'s motion to withdraw on the following:

Charles P. Guarino, Esq.
Moser Taboada
1030 Broad Street , Suite 203
Shrewsbury, NJ 07702
cguarino@mtiplaw.com

Notice of the motion is also being provided to Defendant's President, Kevin Drizen via e-mail.

 DATED:  March 9, 2018                    /s/ Martin P. Skolnick
                                              *Attorneys for Defendant*
                                              *GlycoBioSciences Inc.*

1