# MOSER TABOADA
## ATTORNEYS AT LAW

CHARLES P. GUARINO
CGUARINO@MTIPLAW.COM
DIRECT DIAL: 732.945.9488

March 12, 2018

**VIA ECF**

Hon. Susan D. Wigenton, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

   Re.: **Ansell Healthcare Products LLC v. Glycobiosciences Inc.,
      Case No. 16-cv-09254-SDW-JBC**

Dear Judge Wigenton,

  We represent Plaintiff Ansell Healthcare Products LLC in the above-referenced proceeding, and write this letter in response to the Motion to Withdraw as Counsel filed on March 9, 2018 by Defendant's current counsel, Martin P. Skolnick (Doc. No. 51).

  Ansell does not wish to formally oppose the Motion to Withdraw, and leaves the determination of this Motion to the Court's discretion. Nevertheless, Ansell requests that this Court act expeditiously to decide the merits of the instant Motion, so that the parties may proceed with the litigation of this action without further delay.

  As this Court is aware, Defendant has already been afforded an opportunity to obtain new counsel, when prior counsel Howard Gutman moved to withdraw on December 7, 2017. Mr. Gutman's motion was granted by Magistrate Clark on January 16, 2018, and Defendant thereafter retained its current counsel, Mr. Skolnick, on January 23, 2018. This process caused a nearly two month delay in the litigation of this matter, to Ansell's detriment.

  Now, less than two months later, Ansell is facing renewed delays in this matter as a result of Mr. Skolnick's motion to withdraw as Defendant's latest counsel of record. In light of the above, Ansell respectfully requests that this Court schedule an in-person conference prior to March 24, 2018 to expeditiously resolve this matter.

                Respectfully submitted,

                /s/Charles P. Guarino
                Charles P. Guarino