## UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

March 12, 2018

**LETTER ORDER**

Re: **ANSELL HEALTHCARE PRODUCTS LLC v. GLYCOBIOSCIENCES INC.**
**Civil Action No. 16-9254 (SDW)**

Dear Counsel:

The Court is in receipt of a motion by Martin Skolnick to withdraw as counsel for Defendant in this matter [ECF No. 51]. The Court will conduct an in-person conference with all parties to address this issue on **April 2, 2018 at 11:30 AM**. Defendant, Defendant's counsel and counsel for Plaintiff shall appear before the Court in person at the above mentioned date and time.

**IT IS SO ORDERED.**

                                                                              s/ James B. Clark, III
                                                                            **JAMES B. CLARK, III**
                                                                            **United States Magistrate Judge**