UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEW JERSEY

Martin P. Skolnick, Esq. (Attorney Id No. 003791999)
Skolnick Legal Group, P.C.
103 Eisenhower Parkway, Suite 305
Roseland, New Jersey 07068
(973) 403-0100
Attorneys for Defendant,
Glycobiosciences, Inc.

| | |
|---|---|
| **ANSELL HEALTHCARE PRODUCTS LLC,**<br><br>     Plaintiff,<br><br>v.<br><br>**GLYCOBIOSCIENCES, INC.,**<br><br>     Defendant, | Civil Action No. 16-9254(SDW)<br><br><u>STIPULATION EXTENDING TIME TO ANSWER OR MOVE</u> |

It is hereby stipulated and agreed by and between Plaintiff Ansell Healthcare Products LLC, and Defendant Glycobiosciences, Inc., acting through their duly authorized counsel, that the time for Defendant to answer or otherwise respond to Plaintiff's First Supplemental Complaint and Jury Demand filed on March 6, 2018 is hereby extended until April 3, 2018.

Moser Taboada

By: _____
Charles P. Guarino
1030 Broad St., Suite 203
Shrewsbury NJ, 07702
732-935-7100
*Attorneys for Plaintiff*
*Ansell Healthcare Products, LLC*

Skolnick Legal Group, P.C.

By: _____
Martin P. Skolnick
103 Eisenhower Parkway Suite 305
Roseland, NJ 07068
973-403-0100
*Attorneys for Defendant*
*Glycobiosciences, Inc.*

SO ORDERED:

_____
HON. JAMES B. CLARK III, U.S.M.J.