**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

March 20, 2018

**LETTER ORDER**

Re:   **ANSELL HEALTHCARE PRODUCTS LLC v. GLYCOBIOSCIENCES INC.**
      **Civil Action No. 16-9254 (SDW)**

Dear Counsel:

The Court is in receipt of: (1) a request by Defendant to extend Defendant's time to answer Plaintiff's Supplemental Complaint to April 16, 2018 [ECF No. 56], and (2) a request by Plaintiff to have the Court compel Mr. Drizen to serve ECF No. 57 upon Plaintiff [ECF No. 58]. Defendant's request is **GRANTED**. The Court will address Plaintiff's request during the upcoming conference with the parties scheduled for **April 2, 2018 at 11:30 AM**.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　   s/ James B. Clark, III
　　　　　　　　　　　　　　　　　　　　　　　**JAMES B. CLARK, III**
　　　　　　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**