**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY
(973) 776-7700

| | |
|---|---|
| CHAMBERS OF<br>**JAMES B. CLARK, III**<br>UNITED STATES MAGISTRATE JUDGE | U.S. COURTHOUSE<br>50 WALNUT ST. ROOM 2060<br>NEWARK, NJ 07102 |

March 22, 2018

**LETTER ORDER**

Re:  **ANSELL HEALTHCARE PRODUCTS LLC v. GLYCOBIOSCIENCES INC.**
     **Civil Action No. 16-9254 (SDW)**

Dear Counsel:

At the request of Defendant, the motion to withdraw filed by Defendant's counsel, Martin Skolnick [Dkt. No. 51] shall be placed under temporary seal. Upon resolution of the motion to withdraw, Defendant shall have fourteen (14) days to file a motion to permanently seal any portions thereof.

**IT IS SO ORDERED.**

    s/ James B. Clark, III
**JAMES B. CLARK, III**
**United States Magistrate Judge**